# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KIMBERLY JEAN PALOMINO,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>                    Defendant. | Case No. ED CV 17-2223-SP<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: September 26, 2019



SHERI PYM
United States Magistrate Judge